DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES H. MURRAY,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** As Trustee For **J.P. MORGAN MORTGAGE TRUST 2007-83,**
Appellee.

No. 4D17-2186

[March 29, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2012-CA-021712-XXXX-MB.

Kelley A. Bosecker, St. Petersburg, for appellant.

Nicholas Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***